UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>                                      )   Criminal No. 1:08-cr-57-CKK<br>ANTONIO EZEQUIEL        )<br>CARDENAS-GUILLEN, et al., )<br>                                      )<br>        Defendants.          )<br>_____ ) | |

## NOTICE OF APPEARANCE

The United States of America, by and through Paul M. O'Brien, Chief, Narcotic and Dangerous Drug Section, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that John M. Gillies, Trial Attorney for the Narcotic and Dangerous Drug Section, enters his appearance as counsel for the United States.

Respectfully Submitted this 12th day of June, 2009.

Paul M. O'Brien, Chief
Narcotic and Dangerous Drug Section

By: ____/s/_____
John M. Gillies
Trial Attorney
U.S. Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Ave., N.W.
Washington, D.C. 20005
Office:      (202) 307-2354
Fax:         (202) 514-0483
Email:       john.gillies@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that, according to the court docket in this case and to the best of my knowledge, no defense counsel has entered an appearance as counsel of record for any of the defendants herein, as of this 12th day of June, 2009.

                                                      /s/
                                        JOHN M. GILLIES