USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

**FILED**
AUG 07 2019
Clerk, U.S. District and Bankruptcy Courts

In the United States District Court

for the _____ DISTRICT OF Columbia

UNITED STATES OF AMERICA

V.

Jorge Eduardo Costilla Sanchez

CRIMINAL NUMBER:

08-CR-057-2

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Jorge Eduardo Costilla Sanchez, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead GUILTY to the offense charged, to consent to the disposition of the case in the Southern District of Texas in which I, Jorge Eduardo Costilla Sanchez, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: MAY 13 20 19 at 4:00 P.M

_____
(Defendant)

Martha Leal
_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

Ryan K. Patrick
United States Attorney for the
Southern                District of
Texas

Arthur G. Wyatt
Chief, Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice