UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO EZEQUIEL CARDENAS-GUILLEN, et al.,<br><br><br>**Defendants.** | CRIMINAL NO. 08-057 (TNM) |

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that D. Hunter Smith, Trial Attorney of the Narcotic and Dangerous Drug Section, is substituted for Government counsel of record Tara Arndt, who can be terminated as Government counsel in this case.

                                                  Respectfully Submitted,

                                                  MARLON COBAR, Chief
                                                  Narcotic and Dangerous Drug Section
                                                  Criminal Division
                                                  U.S. Department of Justice

By:    */s/D. Hunter Smith*
            D. Hunter Smith
            Trial Attorney
            Narcotic and Dangerous Drug Section
            Criminal Division
            U.S. Department of Justice
            145 N Street, NE
            Washington, D.C. 20530
            Tel.:   (202 616-3528
            Email: David.H.Smith@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendants' counsel on record this 2nd day of May 2025.

                                                                */s/ D. Hunter Smith*
                                                               D. Hunter Smith
                                                               Trial Attorney
                                                               Narcotic and Dangerous Drug Section
                                                              Criminal Division
                                                              U.S. Department of Justice